# CONSENT FORM FOR
# WAGE CLAIM

Printed Name:  Jeanette Swacker

1.      I consent and agree to pursue my claims of unpaid overtime and/or minimum wage through the lawsuit filed against my employer. I authorize Shellist, Lazarz, Slobin LLP to represent me in this matter.

2.      I understand that this lawsuit is brought under the Fair Labor Standards Act and all applicable state laws. I hereby consent, agree and opt-in to become a plaintiff herein and be bound by any judgment by the Court or any settlement of this action.

3.      I intend to pursue my claim individually, unless and until the court certifies this case as a collective or class action. I agree to serve as the class representative if the court approves. If someone else serves as the class representative, then I designate the class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting the litigation, the entering of an agreement with the plaintiffs' counsel concerning attorney's fees and costs, and all other matters pertaining to this lawsuit.

4.      If my consent form is stricken or if I am for any reason not allowed to participate in this case, I authorize Plaintiff's counsel above to use this Consent Form to re-file my claims in a separate or related action against my employer.

SIGNATURE: *[signature]*

DATE: 04 / 01 / 2022