IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JEANETTE SWACKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:23-CV-76 |
| | ) | |
| OS RESTAURANT SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

For the reasons set forth in the Order filed on June 20, 2023, Doc. 16,

It is hereby **ORDERED AND ADJUDGED** that the joint motion for approval of the settlement agreement, Doc. 13, is **GRANTED** and this case is **DISMISSED** with prejudice.

This the 3rd day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE